UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

CASE NO.:  2:21–cv–03783–VAP–SK                              DATE:  September 9, 2021

TITLE:     Larry Dunn v. Sperling LAC–V V, LLC et al

---

Present:  The Honorable: **VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE**

| Christine Chung | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                               Not Present

**Proceedings:     ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (IN CHAMBERS)**

    Plaintiff(s) is hereby ordered to show cause in writing not later than **September 24, 2021** why this action should not be dismissed for lack of prosecution.

    The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- **Plaintiff's filing of a noticed motion for entry of default judgment**

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to timely respond to the Court's Order may result in the dismissal of the action.

:  00

**Initials of Preparer**  cch