**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JS6

Larry Dunn,

    Plaintiff,

v.

Sperling LAC-V V, LLC,

    Defendant.

Case No. 2:21-cv-03783-VAP-(SKx)

**Judgment**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order Granting, in Part, Plaintiff's Motion for Default Judgment, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Larry Dunn.

Pursuant to this Judgment, Defendant shall pay Plaintiff $1,560.00 in attorneys' fees and $497.00 in costs, for a total of $2,057.00.

**IT IS SO ORDERED.**

Dated: 12/3/21

Virginia A. Phillips
United States District Judge